## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

_____

GARY A. FORST and BONITA A. FORST,

      Plaintiffs,

v.                                                                   Case No. 07-CV-612

SMITHKLINE BEECHAM CORPORATION,
d/b/a GLAXOSMITHKLINE,

      Defendant.

_____

### ORDER GRANTING JOINT STIPULATION EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO GSK'S MOTION FOR SUMMARY JUDGMENT (DOCKET #29)

Pursuant to the stipulation of the parties, plaintiffs are granted a two-week extension, until August 27, 2008, to file their response to Defendant's Motion for Summary Judgment (Docket #29).

**IT IS SO ORDERED.**

Dated at Milwaukee, Wisconsin, this 14th day of August, 2008.

                                            BY THE COURT:

                                            J.P. Stadtmueller
                                            U.S. District Judge